## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| FTX TRADING LTD., *et al.*, ) | Bk. No. 22-11068-KBO |
| ) | |
| Debtors. ) | |
| ) | |
| FTX RECOVERY TRUST, ) | |
| ) | |
| Appellant, ) | |
| v. ) | Civil Action No. 26-78-JLH |
| ) | BK. BAP No. 26-01 |
| ROSS RHEINGANS-YOO, ) | |
| ) | |
| Appellee. ) | |
| ) | |
| FTX RECOVERY TRUST, ) | |
| ) | |
| Appellant, ) | |
| v. ) | Civil Action No. 26-79-JLH |
| ) | BK. BAP No. 26-02 |
| ROSS RHEINGANS-YOO, ) | |
| ) | |
| Appellee. ) | |
| ) | |
| FTX RECOVERY TRUST, ) | |
| ) | |
| Appellant, ) | |
| v. ) | Civil Action No. 26-80-JLH |
| ) | BK. BAP No. 26-03 |
| ROSS RHEINGANS-YOO, ) | |
| ) | |
| Appellee. ) | |
| ) | |

## **ORDER**

At Wilmington, this 9th day of March 2026, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule (agreed to by the parties):

1. Appellant's brief in support of the appeal is due on or before **April 6, 2026.**

2. Appellee's brief in opposition to the appeal is due on or before **May 21, 2026.**

3. Appellant's reply brief is due on or before **June 18, 2026.**

_____
Jennifer L. Hall
United States District Judge